VENABLE LLP
Amit Rana (SBN 291912)
  Arana@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

*Attorneys for Plaintiff*
*OLYMPIC MEDIA, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLYMPIC MEDIA, LLC, a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ITERABLE, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:20-cv-05616<br><br>**PLAINTIFF OLYMPIC MEDIA, LLC'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS (N.D.L.R. 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Ryan Coyne, Founder, CEO & Member of Olympic Media, LLC, has a financial interest in the plaintiff.

Dated: August 12, 2020                    VENABLE LLP

                                          By: /s/ Amit Rana
                                              AMIT RANA

                                          *Attorneys for Plaintiff*
                                          *OLYMPIC MEDIA, LLC*

1
PLAINTIFF OLYMPIC MEDIA, LLC'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS (N.D.L.R. 3-15)