1  VENABLE LLP
   Amit Rana (SBN 291912)
2    Arana@venable.com
   101 California Street, Suite 3800
3  San Francisco, CA 94111
   Telephone:    415.653.3750
4  Facsimile:    415.653.3755

5  *Attorneys for Plaintiff and Counterdefendant*
   *OLYMPIC MEDIA, LLC*
6
   ALTO LITIGATION, PC.
7    Bahram Seyedin-Noor (Bar No. 203244)
     bahram@altolit.com
8    Ellen London (Bar No. 325580)
     ellen@altolit.com
9  Four Embarcadero Center, Suite 1400
   San Francisco, CA 94111
10 Telephone: (415) 779-2586
   Facsimile: (415) 306-8744
11
   *Attorneys for Defendant and Counterclaimant,*
12 *ITERABLE, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olympic Media, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Iterable, Inc., <br><br> Defendant. | Case No. 20-cv-05616-PJH <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** <br><br> Judge: Hon. Phyllis J. Hamilton |
| Iterable, Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Olympic Media, LLC, <br><br> Counterdefendant. | |

-2-

1   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Plaintiff
2   and Counterdefendant Olympic Media, LLC and Defendant and Counterclaimant Iterable, Inc., by
3   and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c),
4   that all claims and counterclaims stated herein against all parties are voluntarily dismissed with
5   prejudice, with each party to bear its own attorneys' fees and costs.

Dated: December 23, 2020         VENABLE LLP

By:    /s/Amit Rana
      AMIT RANA

*Attorneys for Plaintiff and Counterdefendant*
OLYMPIC MEDIA, LLC

Dated: December 23, 2020         ALTO LITIGATION, PC

By:    /s/ Ellen London
      ELLEN LONDON

*Attorneys for Defendant and Counterclaimant* ITERABLE, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 23, 2020             /s/ *Amit Rana*
                                     AMIT RANA